# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Frederick A. Johnson, | Civil No. 13-2207 (DSD/JSM) |
| Plaintiff, | |
| v. | |
| The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Certificate Holders of CWMBS, Inc. CHL Mortgage Pass-Through Trust 2006-3, Mortgage Pass-Through Certificates, Series 2006-3; Mortgage Electronic Registration Systems, Inc.; MERSCORP, Inc., and also all other persons, unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein, | **ORDER** |
| Defendants. | |

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated December 26, 2013, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendants' Motion to Dismiss (Docket No. 5) is **GRANTED**; and

2. This matter is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 14, 2014                             s/David S. Doty
                                                    David S. Doty, Judge
                                                    United States District Court